UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NEAL E. HARRIS, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:08-CV-1254-G (BF) |
| LUPE VALDEZ, Sheriff of Dallas ) | |
| County, ET AL., ) | **ECF** |
| ) | |
| Defendants. ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the court finds that the findings, conclusions and recommendation of the magistrate judge are correct, and they are **ADOPTED** as the findings and conclusions of the court.

**SO ORDERED**.

January 12, 2009.

_____
**A. JOE FISH**
**Senior United States District Judge**