UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NEAL E. HARRIS, III, 1461160, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:08-CV-1254-G |
| LUPE VALDEZ, ET AL., ) | |
| ) | **ECF** |
| Defendants. ) | |

### ORDER

After making the review required by 28 U.S.C. § 636(b), the court finds that the findings, conclusions and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

May 27, 2009.

                                                                   _____
                                                                   **A. JOE FISH**
                                                                   **Senior United States District Judge**